■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOMMIE CROSBY, Also Known as BOBBY TAYLOR, Appellant. [633 NYS2d 364] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Wade, J.), rendered September 17, 1992, convicting him of burglary in the second degree (two counts) and robbery in the third degree (three counts), upon a jury verdict, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME CROSS, Appellant. [635 NYS2d 473] —Appeal by the de-

fendant from an amended judgment of the County Court, Dutchess County (Marlow, J.), rendered November 23, 1994, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon his previous conviction of attempted robbery in the second degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Sullivan, J. P., Thompson, Copertino, Krausman and Florio, JJ., concur.